## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Angela Bennett Dwanyen,

                    Plaintiff,

vs.

The County of Hennepin,

                    Defendant.

Civil No. 10-479 (RHK/SER)

**ORDER FOR JUDGMENT OF DISMISSAL**

Pursuant to the parties' Stipulation (Doc. No. 15), **IT IS ORDERED** that pursuant to Minn. Stat. § 466.08, the parties' settlement is hereby approved and this action is **DISMISSED WITH PREJUDICE**. There is no award of attorney's fees, expenses or costs to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 6, 2011

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge